**Affirmed and Memorandum Opinion filed February 27, 2020.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00218-CR**
**NO. 14-19-00219-CR**
**NO. 14-19-00220-CR**
**NO. 14-19-00221-CR**
**NO. 14-19-00222-CR**
**NO. 14-19-00223-CR**
**NO. 14-19-00224-CR**
**NO. 14-19-00225-CR**
**NO. 14-19-00226-CR**
**NO. 14-19-00227-CR**

---

**DUSTIN MICHAEL ALLAIRE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1584554, 1584555, 1584556, 1584557, 1584558,**
**1584559, 1584560, 1584561, 1584562, and 1584563**

---

**MEMORANDUM OPINION**

Appellant was charged with and pleaded "guilty" to possession of child pornography in ten cases. Following a presentence investigation hearing, the trial court sentenced appellant to five years' imprisonment in each case. Six of those

sentences are to be served concurrently (trial court cause numbers 1584554, 1584559, 1584560, 1584561, 1584562, and 1584563) followed by service of the sentences in each of the four remaining case to be served consecutively (1584555, 1584556, 1584557, and 1584558). Appellant's sole issue on appeal is that his sentences are grossly disproportionate to the crimes and therefore violate the Eighth Amendment to the United States Constitution and Article 1, Section 13 of the Texas Constitution.

A complaint that a punishment is grossly disproportionate is waived on appeal if that complaint is not raised in the trial court. *See Lozano v. State*, 577 S.W.3d 275, 277 (Tex. App.—Houston [14th Dist.] 2019, no pet.) (holding that disproportionate-punishment challenges cannot be raised for the first time on appeal); *Quick v. State*, 557 S.W.3d 775, 788 (Tex. App.—Houston [14th Dist.] 2018, pet. ref'd) (holding that disproportionate-punishment challenges under Texas Constitution cannot be raised for the first time on appeal). Appellant did not lodge any complaint in the trial court regarding his punishments. Therefore, he has not preserved error on this complaint for appellate review. *See Lozano*, 577 S.W.3d at 277; *Quick*, 557 S.W.3d at 788.

We overrule appellant's sole issue and affirm the judgments of the trial court.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.

Do Not Publish — Tex. R. App. P. 47.2(b).